**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7115**

———————

DAVID LAWRENCE DIXON,

                                        Plaintiff - Appellant,

        versus

PAUL KIRBY, Commissioner; HOWARD H. PAINTER,
Warden of Mt. Olive Correctional Complex;
PATRICIA HANSHAW, Mount Olive Correctional
Complex Mailroom Supervisor; PAUL RUBENSTEIN,
Commissioner   of   Corrections,   Nominal
Defendant,

                                        Defendants - Appellees.


PAPER WINGS; ROSE COMICS (EROS); PRISON
PASSION; CRUTCHFIELD; M & P SALES; MUSIC BY
MAIL; TAPE KINGZ; BUD PLANT COMIC ART,

                                        Parties in Interest.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.  Charles H. Haden II, Chief
District Judge.  (CA-01-289-5)

———————

Submitted:  October 10, 2002        Decided:  October 17, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

David Lawrence Dixon, Appellant Pro Se. Daynus Jividen, OFFICE OF THE ATTORNEY GENERAL, Charleston, West Virginia; Charles Patrick Houdyschell, Jr., WEST VIRGINIA DIVISION OF CORRECTIONS, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Lawrence Dixon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dixon v. Kirby, No. CA-01-289-5 (S.D.W. Va. July 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED